STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403


REHEARING ACTION: December 26, 2012


**Docket Number: 12   00439-CA**

**PAUL LE, INDIV. AND D/B/A BONSAI SUSHI DOWNTOWN LAFAYETTE, LLC**
**VERSUS**
**THE BRADFORD GROUP, LLC**

**Appealed from Lafayette Parish Case No. C-20113070**


**BEFORE JUDGES:**

>  **Hon. Ulysses Gene Thibodeaux**
>  **Hon. Sylvia R. Cooks**
>  **Hon. Elizabeth A. Pickett**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Gregory Brazell** has this day been

> **DENIED.**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Hargrave** and **The Bradford Group, LLC** has this day

been

> **DENIED.**


cc: Christopher Luke Edwards, Counsel for the Appellant
    Errol Louis Cormier, Counsel for the Appellee
     Douglas William Truxillo, Counsel for the Appellee